435 A.2d 265

Commonwealth v. Garnett, Appellant.

Submitted November 14, 1980. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Order affirmed.